UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY TABERNACLE - THE NEW
TESTAMENT CHURCH,                                    USDC Case No. 2:13-cv-11650
                                                     Hon.
    Plaintiff,

v

STATE FARM FIRE AND CASUALTY                         GCCC Case No. 13-100098-CK
COMPANY,                                             Hon. Judith A. Fullerton

    Defendant.

---

| | |
|---|---|
| JO ROBIN DAVIS (P31263) | CARY R. BERLIN (P64122) |
| JO ROBIN DAVIS, PLLC | PAUL H. JOHNSON, JR. (P |
| Attorneys for the Plaintiff | Attorneys for Defendant |
| 30300 Northwestern Highway, Ste. 104 | 27777 Franklin Road, Suite 1400 |
| Farmington Hills, Michigan 48334 | Southfield, Michigan 48034 |
| (248) 932-0100 ext. 254 | (248) 356-8590 |

---

## STATE FARM'S NOTICE OF REMOVAL

    The Defendant, State Farm Fire and Casualty Company ("State Farm"), through its attorneys, Patrick, Johnson & Mott, P.C., removes the above action from the Genesee County Circuit Court to this Court, pursuant to 28 U.S.C. § 1446, based upon the following grounds:

    1.    The above action was filed in the Circuit Court for the County of Genesee, State of Michigan [Docket No. 13-100098-CK] and is now pending in that court. Process, including a summons and complaint, was served upon State Farm on March 29, 2013, and copies of all process and pleadings served upon State Farm are attached as **Exhibit "A**."

    2.    State Farm is now, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the State of Illinois, having its principal place

of business located in the City of Bloomington, State of Illinois.  State Farm is, therefore, a resident of the State of Illinois and is not a citizen or corporation of the State of Michigan.

3. The Plaintiff is now, and was at the time of the commencement of this action, a corporation organized and existing under the laws of the State of Michigan, having its principal place of business located in the City of Flint, State of Michigan.  Plaintiff is, therefore, a resident of the State of Michigan and is not a citizen or corporation of the State of Illinois (Corporate filings with the State of Michigan, **Exhibit "B"**).

4. A controversy exists between State Farm and the Plaintiff, and the amount of controversy in this action is no less than the sum of $79,238.39, exclusive of interest and costs, as evidenced by State Farm's estimate to repair the building that is the subject matter of this litigation (Estimate, **Exhibit "C"**).

5. This Court has original jurisdiction of the action due to the amount in controversy and diversity of citizenship, pursuant to 28 U.S.C. § 1332.

6. State Farm is entitled to remove the above action from Genesee County Circuit Court to this Court, pursuant to 28 U.S.C. § 1446(a).

                                        Respectfully submitted,

                                        **PATRICK, JOHNSON & MOTT, P.C.**

                                        *s/ Cary R. Berlin*
                                        Attorneys for Defendant State Farm, Only
                                        27777 Franklin Road, Suite 1400
                                        Southfield, Michigan 48034
                                        (248) 356-8590
                                        cberlin@pjmpc.com
                                        P64122

Date: April 12, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY TABERNACLE - THE NEW
TESTAMENT CHURCH,                                    USDC Case No. 2:13-cv-11650
                                                     Hon.
    Plaintiff,

v

STATE FARM FIRE AND CASUALTY                         GCCC Case No. 13-100098-CK
COMPANY,                                             Hon. Judith A. Fullerton

    Defendant.

---

JO ROBIN DAVIS (P31263)                CARY R. BERLIN (P64122)
JO ROBIN DAVIS, PLLC                   PAUL H. JOHNSON, JR. (P
Attorneys for the Plaintiff            Attorneys for Defendant
30300 Northwestern Highway, Ste. 104   27777 Franklin Road, Suite 1400
Farmington Hills, Michigan 48334       Southfield, Michigan 48034
(248) 932-0100 ext. 254                (248) 356-8590

---

## PROOF OF SERVICE

    The undersigned certifies that on **April 12, 2013,** my legal assistant Laura Martinico served copies of **State Farm's Notice of Removal and Proof of Service** upon:

Jo Robin Davis, Esq                    Genesee County Circuit Court
30300 Northwestern Highway, Ste. 104   900 S. Saginaw Street
Farmington Hills, Michigan 48334       Flint, Michigan 48502
(via e-mail and first class mail)      (via first class mail)

I declare under penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

        Respectfully submitted,

        **PATRICK, JOHNSON & MOTT, P.C.**

        *s/Cary R. Berlin*
        Attorneys for Defendant
        27777 Franklin Road, Suite 1400
        Southfield, Michigan 48034
        (248) 356-8590
        cberlin@pjmpc.com
        P64122