UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOY TABERNACLE – THE NEW
TESTAMENT CHURCH,

      Plaintiff,

Case No. 2:13-cv-11650
Hon. Gershwin A. Drain

vs.

STATE FARM FIRE AND CASUALTY
COMPANY,

      Defendant.
_____

## CONSENT ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

The parties having consented to the entry of this Order, as signified by the signatures of their respective counsel below, and the Court being fully advised; therefore,

IT IS HEREBY ORDERED that all of the Plaintiff's claims against the Defendant related to the collapse which occurred on or about December 15, 2012 and the water damage which occurred on or about December 20, 2012, are DISMISSED WITH PREJUDICE, costs or fees to either party.

**This Order resolves all pending claims and closes the case.**

                                    /s/Gershwin A Drain
                                    HON. GERSHWIN A. DRAIN
                                    U.S. DISTRICT JUDGE

2

The undersigned consent to entry of
the above order.  Notice of entry waived.

| | |
|---|---|
| *s/ Jo Robin Davis* | *s/ Cary R. Berlin* |
| JO ROBIN DAVIS, PLLC | PATRICK, JOHNSON & MOTT, P.C. |
| Attorneys for the Plaintiff | Attorneys for Defendant |
| 30300 Northwestern Highway, Ste. 104 | 27777 Franklin Road, Suite 1400 |
| Farmington Hills, Michigan 48334 | Southfield, Michigan 48034 |
| (248) 932-0100 | (248) 356-8590 |
| jdavis@jorobindavis.com | cberlin@pjmpc.com |
| P31263 | P64122 |

Case 2:13-cv-11650-GAD-MKM  ECF No. 49, PageID.1103  Filed 02/04/16  Page 2 of 2